UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MALIK BASURTO LEE

CIVIL ACTION

VERSUS

NUMBER 07-632-JVP-SCR

SOUTHERN UNIVERSITY LAW CENTER,
ET AL

### RULING ON MOTION FOR RULE 11 VIOLATION

Before the court is the plaintiff's Motion for Rule 11 Violation by Winton G. Decuir, Sr.  Record document number 24.  The motion is opposed.[1]

Plaintiff sought imposition of sanctions against counsel for defendants Southern University Law Center and the Board of Supervisors of Southern University (collectively, Southern University) pursuant to Rule 11, Fed.R.Civ.P.  Plaintiff complained that counsel filed various untimely and unwarranted motions and pleadings for the purpose of causing delay and harassing the plaintiff.  Counsel noted that the court accepted the filings, found the defendants' arguments had merit, and granted the relief requested.

It would serve no useful purpose to review in detail the motions and pleadings about which the plaintiff complained. Plaintiff has not shown that filing any of them violated Rule 11. The fact that the defendants' motion to set aside the entry of

---

[1] Record document number 27.

default was initially denied, but later reconsidered and granted, does not mean that seeking reconsideration was for the purpose of delay, harassment or any improper purpose.

Furthermore, the plaintiff filed this motion without complying with the requirements of Rule 11(c)(1)(A), which alone is a sufficient basis for denying the motion.

Accordingly, plaintiff's Motion for Rule 11 Violation by Winton G. Decuir, Sr., is denied.

Baton Rouge, Louisiana, December 21, 2007.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE